# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, P.D. LOCHNER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**LATRON J. WHITE**
**AVIATION MAINTENANCE ADMINISTRATIONMAN (E-5), U.S. NAVY**

**NMCCA 201300474**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 17 September 2013.
**Military Judge**: CAPT Colleen M. Glaser-Allen, JAGC, USN.
**Convening Authority**: Commanding Officer, Helicopter Sea Combat Squadron TWO, Norfolk, VA.
**For Appellant**: CAPT Bree Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**17 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court